# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTONIO S. WILLIAMS

NO. 2019 KW 0629

SEP 0 3 2019

---

In Re:     Antonio S. Williams, applying for supervisory writs,
           22nd Judicial District Court, Parish of Washington,
           No. 16-CR6-132640.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                         TMH
                         AHP
                         WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT